United States District Court
Southern District of Texas
FILED

JAN 2 0 2006

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 2006 BM

Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § | **CASE NO. L-05-CR-2573** |
| **Araceli Leon Cardoso** | § § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on January 13, 2006, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 20 day of January, 2006.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE